UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA VERTIZ LARA,

               Plaintiff,

- against -

CRUNCH LLC, ET AL.,

               Defendants.

25-cv-2843 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Court received the parties' Notice of Voluntary Dismissal. ECF No. 15. The parties should submit a letter to the Court explaining why the settlement in this case is fair, reasonable, and adequate. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015).

The letter should be submitted by **June 10, 2025**.

SO ORDERED.

Dated:    New York, New York
           May 27, 2025

                                      John G. Koeltl
                                United States District Judge